638

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED SARDO, Appellant.— Motion to vacate order denying leave to appeal as a poor person, and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED SMITH, JR., Appellant, v. WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to reargue motion to appeal as a poor person denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JOSEPH MORRIS, Defendant.— Motion to appeal as a poor person and for other relief denied on the ground that no appeal is pending.

■ THE PEOPLE OF THE STATE OF NEW YORK v. STEPHEN PELOW.— Motion denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH ZABRZENSKI, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BARNEY GIZOWSKI, Appellant.— Motion granted and time for argument of appeal enlarged to include November 1959 Term of court, on condition that printed records and briefs are filed and served on or before October 10, 1959.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR JOHNSON, Appellant.— Motion granted to appeal on one certified copy of judgment roll, etc., and Arnold B. Gardner, Esq., of Buffalo assigned to conduct appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM R. LISS, Appellant.— Motion granted to appeal on one certified copy of judgment roll, etc., and Alvin M. Glick, Esq., of Buffalo assigned as counsel to conduct appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NEIL BOYE, Appellant.— Motion granted to appeal on one certified copy of judgment roll, etc., and Howard V. Burke, Esq., of Buffalo assigned to conduct appeal, and time for argument enlarged to November Term, on condition typewritten briefs are filed and served on or before October 20, 1959.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS SANTONATI, Appellant.— Appeal dismissed unless printed records and briefs are filed on or before October 15, 1959; if so filed and served, time for argument enlarged to include November 1959 Term of court.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK SERIO, Appellant.— Appeal dismissed unless printed records and briefs are filed and served on or before October 20, 1959; if so filed and served, time for argument of appeal enlarged to include November 1959 Term of court.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN H. MOESEL, Appellant.— Motion to dismiss appeal denied. Motion granted to appeal on original papers and five copies of typewritten brief and Howard V. Burke, Esq., of Buffalo assigned as counsel to conduct appeal; time for argument of appeal enlarged to include November 1959 Term of court.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE KENNEDY, Appellant.— Motion granted and time for argument of appeal enlarged to include November Term, on condition typewritten brief is filed and served on or before October 15, 1959.